UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-6211-BSS

IN RE:

CRIMINAL COMPLAINT
_____)

FILED BY ___
2011 APR 19 PM 2:87
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.

## MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by and through the undersigned Assistant U.S. Attorney, Southern District of Florida, hereby requests this Honorable Court seal the *Criminal Complaint* and all attachments (except for copies to be used by law enforcement personnel during execution of their official duties) until the defendant is arrested and further order of the Court.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Jennifer C. Millien (FL Bar No. 171700)
Email: jennifer.millien@usdoj.gov
Assistant United States Attorney
7795 SW 6th Street, 2nd Floor
Plantation, FL 33324
TEL: (954) 888-1674
FAX: (954) 577-9425