FILED by ___ D.C.
ELECTRONIC

May 3, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 11-60101-CR-DIMITROULEAS/SNOW

Case No.

21 U.S.C. §841(a)(1)

UNITED STATES OF AMERICA

vs.

SCOTT KEMERY,

        Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

On or about April 14, 2011, in Broward County, in the Southern District of Florida, the defendant,

**SCOTT KEMERY,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

                 A TRUE BILL

_____

For WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____

JENNIFER C. MILLIEN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.    2011R00894

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

SCOTT KEMERY,
                    **Defendant.**
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

New Defendant(s)           Yes _____   No _____
Number of New Defendants        _____
Total number of counts          _____

| | | | |
|---|---|---|---|
| ____ | Miami | ____ | Key West |
| X | FTL | ____ | WPB ____ FTP |

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     NO
    List language and/or dialect     _____

4.  This case will take     2-3     days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

| | (Check only one) | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | X | | Petty | _____ |
| II | 6 to 10 days | _____ | | Minor | _____ |
| III | 11 to 20 days | _____ | | Misdem. | _____ |
| IV | 21 to 60 days | _____ | | Felony | X |
| V | 61 days and over | _____ | | | |

6.  Has this case been previously filed in this District Court? (Yes or No)     NO
If yes:
Judge: _____     Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?     (Yes or No)     YES
If yes:
Magistrate Case No.     11-6211-BSS
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____     District of _____

Is this a potential death penalty case? (Yes or No)     NO

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?____     Yes___   X   No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?____     Yes___   X   No

JENNIFER C. MILLIEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 171700

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No._____

## PENALTY SHEET

Defendant's Name:  **SCOTT KEMERY**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Possession with Intent to Distribute fifty (50) grams or more of Methamphetamine. | 21: 841(a)(1) & 841(b)(1)(A) | 10 yr man/min up to life<br>5 yr man/min SR to life<br>$4 million fine<br>$100 SA |