HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __CHERRALYN BROWNER (no deft)__ CASE NO: __11-60095-CR-Cohn__
AUSA __Jennifer Keene / Om Chase__ ATTY __Barry Wax (not present but called)__
DAR __11:10:21__

Atty. Wax could not attend. He has read discovery.

5 min

No mots.
Trial - 3 days
plea unknown
△ - will file unopposed mot to cont.

DEFT __SCOTT KEMERY (no deft)__ CASE NO: __11-60101-CR-WPD__
AUSA __Jennifer Millien__ present ATTY __Jason Kreiss__ present
DAR __11:11:22__

5 min

Discovery out - more to follow
△ - may file mot to suppress
plea unknown
△ will file mot to cont. -
no obj by Gov't
③

DATE __5-19-11__ TIME __11:00am__