UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60101-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SCOTT KEMERY,

       Defendant.

_____

## STATUS REPORT

A status conference was held in this cause on May 19, 2011, for defendant SCOTT KEMERY. At that conference, the parties informed the Court as follows:

1. Discovery has been provided.
2. Counsel for the defendant will be moving to suppress the defendant's statements.
3. This case may be resolved by way of a plea.
4. Counsel for the defendant will be moving for a continuance of the trial, which the Government does not oppose.

DATED at Fort Lauderdale, Florida, this 20th day of May, 2011.

                                                  LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Jennifer Keene
Barry Wax, Esq. (D)