UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-CR-60101-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

vs.

**SCOTT KEMERY**,

       Defendant.
_____/

# GOVERNMENT'S MOTION TO REVOKE
# THE DEFENDANT'S BOND

      The United States of America, by and through the undersigned Assistant United States Attorney, hereby respectfully files this motion requesting that the defendant's bond be revoked based upon the defendant's failure to comply with the conditions set forth by this Honorable Court. The Government respectfully submits the following facts in support of its position:

      1.    Specifically, the defendant was initially arrested on April 14, 2011, by state law enforcement officials based upon his being in possession of a large amount of methamphetamine. Shortly thereafter, the defendant was released on bond.

      2.    On April 19, 2011, a criminal complaint was filed in Case No. 11-6211-BSS charging the defendant with Possession with Intent to Distribute a controlled substance, that is fifty (50) grams or more of Methamphetamine, in violation of Title 21, United States Code §§841(a)(1) and 841(b)(1)(A). As a result, a warrant was issued and the defendant was arrested that same day.

      3.    The defendant had his initial hearing on April 20, 2011, and based upon the agreement of the parties the defendant was released on $100,000 bond (10%). Included in the defendant's bond were a number of conditions which included a prohibition of any use of a narcotic drug or other controlled substance.

      4.    On June 2, 2011, the undersigned received a copy of a violation report from United States Probation Officer Gidget O. Mitchell which reflected that the defendant had violated the conditions of his bond by testing positive for Methamphetamines, among other drugs. Specifically, the defendant tested positive for Methamphetamines, Amphetamines, and Benzodiazepine on April 20, 2011. The defendant admitted to the ongoing use of Methamphetamines and provided the U.S. Probation office with a prescriptiton for Benzodiazepine. On April 29, 2011, the defendant's urinanalysis tests were negative. However, again on May 2, 2011, the defendant tested positive for

Methamphetamines and Amphetamines.

Based upon the aforementioned facts, the Government respectfully submits that the defendant has willfully violated the conditions his bond and as such respectfully requests that this Honorable Court revoke the defendant's bond.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:

s/ *Jennifer C. Millien*
Jennifer C. Millien (FL Bar No. 171700)
Email: jennifer.millien@usdoj.gov
Assistant United States Attorney
7795 SW 6th Street, 2nd Floor
Plantation, FL 33324
TEL: (954) 888-1674
FAX: (954) 577-9425
Attorney for Plaintiff, USA

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/ *Jennifer C. Millien*
                                          Jennifer C. Millien (FL Bar No. 0171700)
                                          Assistant United States Attorney

## SERVICE LIST

**UNITED STATES OF AMERICA vs. SCOTT KEMERY,**
Case No. 11-CR-60101-DIMITROULEAS/SNOW
United States District Court, Southern District of Florida

**Jennifer C. Millien**
Assistant U.S. Attorney
jennifer.millien@usdoj.gov
7795 SW 6th Street, 2nd Floor
Plantation, FL 33324
TEL: (954) 888-1674
FAX: (954) 577-9425
Attorney for the Government
Method of Service: CM/ECF

**Jason Kreiss, Esq.**
Attorney at Law
1824 S.E. 4th Avenue
Fort Lauderdale, Florida 33316
Attorney for the Defendant
Method of Service: CM/ECF