UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:11-60101-CR-DIMITROULEAS

UNITED STATES OF AMERICA

   v.

SCOTT KEMERY,
     Defendant,
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

COMES NOW, the defendant SCOTT KEMERY, by and through his attorneys, Jason W. Kreiss, Esq. and Eric T. Schwartzreich, Esq., and hereby moves this Honorable Court for a 30 day extension of time to file pretrial motions. As grounds for this request, the Defendant would state the following:

1. On May 3, 2011, a grand jury returned a one count Indictment charging the defendant with possession with intent to distribute methamphetamine, fifty (50) grams or more.

2. Undersigned Counsel received the government's 1st discovery submission on May 12, 2011.

3. Undersigned Counsel requires additional time to prepare pretrial motions in this case because the government has only turned over a very limited amount of discovery, necessitating an independent investigation of the allegations. The defendant has not yet received copies of the search warrant, the accompanying affidavit, or any consent forms; all of which are required in order to determine if there is a basis for a motion to suppress the physical evidence and the statements made by the defendant to law enforcement.

1

4. AUSA Jennifer Millien indicated that she does not oppose a request for an extension of time to file pretrial motions.

5. This request is made in good faith and will further the interest of justice if this Honorable Court grants this motion.

WHEREFORE, defendant Scott Kemery, respectfully requests that this Honorable Court grant this motion for a 30 day extension of time to file pretrial motions.

Respectfully submitted,

/s/ Jason W. Kreiss, Esq.
Jason W. Kreiss, Esq. (#0087912)
Attorney for the Defendant

The Kreiss Law Firm
1824 SE Fourth Avenue
Fort Lauderdale, Florida 33316
Tel (954) 525-1971
Fax (954) 525-1978
Jwk@kreisslaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May, 2011, the foregoing was sent via the CM/ECF system to the Clerk of the Court and all counsel of record.

/s/ Jason W. Kreiss
Jason W. Kreiss, Esquire