UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    CASE NO. 11-60101-CR-DIMITROULEAS
                    Plaintiff,

vs.


SCOTT KEMERY
                    Defendant

—————

**ORDER GRANTING CONTINUANCE**

This matter having come before the Court on the Defendant's Motion for continuance.  After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing July 25, 2011 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called.

**COUNSEL AND  DEFENDANT(S)  shall report to a Calendar Call** to be held on **FRIDAY, July 22,  2011,  at 9:00** a.m. o'clock**. The deadline for filing Pretrial Motions is July 5, 2011.** It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this 3rd day of June, 2011.


WILLIAM P. DIMITROULEAS
United States District Judge


cc:   Jennifer MillienAUSA
      Jason Kreiss, Esq.
      Eric Schwartzreich, Esq.