UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,             CASE NO. 11-60101-CR-DIMITROULEAS

    Plaintiff,

vs.

SCOTT KEMERY,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant's Renewed Motion to Modify Conditions of Bond [DE-30]. Said Renewed Motion is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of June, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record
Pre-Trial Services