## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

Time in Court: 20 min

CASE NUMBER: 11-60101-CR        DATE: June 13, 2011

COURTROOM CLERK: Karen Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: Bridget Mitchell     INTERPRETER: _____

UNITED STATES OF AMERICA    VS  Scott Kemery

U.S. ATTORNEY: Jennifer Miller    DEFT. COUNSEL: Jason Kreiss

REASON FOR HEARING: Dft's motion to modify conditions of bond and Gvt's motion to revoke bond.

RESULT OF HEARING: Argument heard. Gvt's motion to revoke bond is granted. Dft remanded to custody. Dft's motion to modify is denied.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____