UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 11-60101-CR-DIMITROULEAS

    Plaintiff,

vs.

SCOTT KEMERY,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on the Government's June 2, 2011 Motion to Revoke Bond [DE-32]. The Court held a hearing on June 13, 2011 and heard arguments of counsel. The Court finds that

1) There is probable cause to believe that the Defendant has committed a state crime while on release and

2) Based on the factors set forth in 18 USC 1§ 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community. Moreover, the Defendant is unlikely to abide by any conditions or combination of conditions of release.

Wherefore, the Government's Motion to Revoke Bond [DE-32] is Granted. The Defendant shall be held until trial on Pretrial Detention. He is charged with a controlled substance offense. The maximum penalty is life in prison. The weight of the evidence is substantial. The Defendant has only lived in South Florida for eighteen months. The Court finds

by clear and convincing evidence that the Defendant presents a danger to the community and by a preponderance of the evidence that he is a flight risk.  Therefore, the court directs:

    (a) That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

    (b) That the defendant be afforded reasonable opportunity for private consultation with counsel; and

    (c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of June, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record
Pre-Trial Services