UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 11-60101-CR-DIMITROULEAS / SNOW

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

SCOTT KEMERY,
    Defendant,
_____/

# DEFENDANT KEMERY'S MOTION TO SUPPRESS EVIDENCE
# SEIZED PURSUANT TO SEARCH WARRANT

Defendant, SCOTT KEMERY, by and through his undersigned counsel, Jason W. Kreiss, Esq. and Eric T. Schwartzreich, Esq., pursuant to Federal Rule Criminal Procedure12 and 41, and the Fourth Amendment to the United States Constitution, and the case law cited herein, moves to suppress as evidence at trial any all physical evidence including, but not limited to: methamphetamine, GBL, Cannabis, small plastic baggies, syringes and an iPhone seized during the execution of the search warrant of the defendant's residence and any testimony related thereto.  As grounds thereof, the defendant states the following:

1. The Defendant is currently charged by way of Indictment with one (1) count of Possession with Intent to Distribute Methamphetamine, stemming

from the controlled delivery of a Federal Express package to his residence (315 NE 3rd Avenue, #2104, Fort Lauderdale, Florida) on April 14, 2011.

2. According to the criminal complaint in this cause, detectives with the Broward Sheriff's Office Narcotics Interdiction Unit were contacted by Federal Express security in reference to a package addressed to Mr. Kemery upon which they performed an administrative search.

3. The parcel addressed to Defendant Kemery was ultimately found to contain 55.8 grams methamphetamine.

4. Law enforcement sealed the package and then made a controlled delivery to Mr. Kemery at his residence.

5. Once the package was delivered to Mr. Kemery, he was detained by law enforcement at his residence (outside his actual apartment). It was at that point in time that Mr. Kemery allegedly made various statements to law enforcement about the contents of the package, its intended use, prior packages and what was currently in his residence.

6. Broward Sheriff's Office Detectives Passman and Hofer authored the *Affidavit and Application For A Search Warrant* which was ultimately utilized to obtain a search warrant in this case.

7. The Defendant submits that this affidavit contains false statements that were knowingly made with reckless disregard for the truth.  <u>Franks v. Delaware</u>, 483 U.S. 154, 170 (1978)

## **<u>MEMORANDUM OF LAW</u>**

It is well settled law that an accused may challenge the validity of an affidavit by making a substantial preliminary showing that a false statement was made in the Affidavit, knowingly and intentionally, or with reckless disregard for the truth.  <u>Franks v. Delaware</u>, 483 U.S. 154, 170 (1978)

Based upon the investigation of this case, it appears that the defense is in a position to prove by a preponderance of the evidence that statements in the Affidavit were known to be false and/or were knowingly or recklessly included in the Affidavit.  Specifically, the facts surrounding the basis upon which the package was seized and alleged statements purportedly made by the defendant were false and formed the basis for which the investigation was initiated and the Search Warrant issued.  Specifically, the defendant believes that the evidence will show that Federal Express Parcel that was seized on April 14, 2011, was not seized pursuant to a valid "administrative search" but was a ruse to subvert the Fourth Amendment.

Pursuant to the local rules, AUSA Jennifer Millien was contacted in

reference to this matter and she expressed that the government opposes this motion.

WHEREFORE, based on the above and foregoing, the Defendant respectfully requests that this Honorable Court **grant this motion to suppress** and preclude from use at trial any all evidence seized pursuant to the execution of the search warrant **or grant an evidentiary hearing to establish the willfulness or reckless disregard for the statements contained in the affidavit.**

Respectfully Submitted:

*/s/ Jason W. Kreiss, Esq.*
Jason W. Kreiss, Esquire
Attorney for Defendant
FBN: 0087912

The Kreiss Law Firm
1824 SE 4th Avenue
Fort Lauderdale, FL 33316
Tel 954-525-1971
Fax 954-525-1978
Email: jwk@kreisslaw.com

**CERTIFICATE OF SERVICE**

Undersigned Counsel hereby certifies that on this 5th day of July, 2011 a copy of the foregoing Motion to Suppress Statements was filed with the Clerk of the Court via CM/ECF and all parties of record.

*/s/ Jason W. Kreiss*

Jason W. Kreiss, Esq.