UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 11-60101-CR-DIMITROULEAS

    Plaintiff,

vs.

SCOTT KEMERY,

    Defendant.
_____/

### ORDER SETTING HEARINGS

THIS CAUSE is before the Court on Defendant's July 5, 2011 Motion to Suppress Evidence [DE-42], Motion to Suppress Physical Evidence [DE-43] and Motion to Suppress Statements [DE-44]. The Court sets an evidentiary hearing for July 15, 2011 at 2:15 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of July, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record