UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-60101Cr-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SCOTT KEMERY,

    Defendant.
_____/

## MOTION FOR SPECIFIC *BRADY* REQUEST

Scott Kemery by and through undersigned counsel, files this motion for specific *Brady* request in reference to DE 47 (*Government's Response to Defendant's Request for Disclosure of Prior Convictions and 404(b) Evidence (DE 24)* and states as follows:

*Brady* requires that the Government disclose interview notes, State of Florida law enforcement reports, and DEA 6 reports, if they contain material favorable to the defense. *Brady* encompasses any evidence that is "favorable to the accused", not just evidence that would guarantee an acquittal. Brady v. Maryland, 373 U.S. 83, 88 (1963); see also United States v. Safavian, 233 F.R.D. 12, 16 (D.D.C. 2005) ("The meaning of the term 'favorable' under Brady is not difficult to discern. It is any evidence...that relates to guilt or punishment and that tends to help the defense..."). See also United States v. Brown, 303 F.3d 582,

593 (5th Cir. 2002) (requiring production of agents' notes under Brady); Conely v. United States, 415 F.3d 183, 188-98 (1st Cir. 2005) (reversing conviction where undisclosed memorandum of witness's interview contained favorable information); United Stats v. Harrison, 524 F.2d 421, 427 (D.C. Cir. 1975) (potentially exculpatory agents' notes should be produced); United States v. Puello, 105 F.3d 117, 118-19 (3d Cir. 1997) (agents' notes contained "valuable Brady material" and should have been turned over to the defense).

As the Supreme Court has held, "When the prosecutor receives a specific and relevant request, the failure to make any response is seldom, if ever, excusable." United States v. Augurs, 427 U.S. 97, 106 (1976).

**Statements of others who had relations with Scott Kemery that were interviewed by government agents**

The government alleges that on April 14, 2011, Scott Kemery possessed with intent to distribute methamphetamine by receiving a Federal Express Package containing 55.8 grams of methamphetamine. The defense has a good faith belief that the government has interviewed a number of men who they believed knew of, or had sexual relations with and shared methamphetamine with Scott Kemery. Accordingly, the defense makes a specific request for any witness interviews which yielded answers favorable to Mr. Kemery, or any interview in which the person did not provide helpful information to the government. For example, if a potential witness stated that he had relations

with Scott Kemery but was not provided any methamphetamine by Mr. Kemery. Similarly, situations where potential witnesses may have admitted having sexual relations with Mr. Kemery, but stated that they each consumed their own methamphetamine during the liaison. Both scenarios being contrary to the government's theory of prosecution would be *favorable* and *relevant* to Mr. Kemery's defense.

In addition, the defense requests a list of other men that the government may have compiled from the myriad of "pay to play" websites who were contacted, but refused to speak with agents; or those potential witnesses who were not extensively interviewed as a result of their initial favorable statements about Mr. Kemery.

WHEREFORE Mr. Kemery respectfully requests that this Honorable Court grant this motion and order the government to immediately provide the defense with the specific *Brady* material requested.

Respectfully Submitted:

*Jason W. Kreiss*                                                              *Eric T. Schwartzreich*

_____                           _____

Jason W. Kreiss, Esq.                                                   Eric T. Schwartzreich
Attorney for Defendant                                              Attorney for Defendant
FBN: 0087912                                                            FBN:0086452

The Kreiss Law Firm                                                  Schwartzreich and Associates
1824 SE 4th Ave.                                                         201 SE 6th Street
Fort Lauderdale, Florida 33316                                 Fort Lauderdale, Florida 33301
Tel. 954-525-1971                                                       Tel. 954-525-8000
Fax. 954-525-1978                                                      Fax. 954-525-8331
jwk@kreisslaw.com                                                    etolin@bellsouth.net


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 6th day of July, a true and correct copy of this motion was filed with the clerk of the court through the CM/ECF system and all parties of record.

*/s/ Jason W. Kreiss*

_____Jason W. Kreiss, Esq.