UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 11-60101-CR-DIMITROULEAS

    Plaintiff,

vs.

SCOTT KEMERY,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant's July 6, 2011 Motion For Specific Brady Request [DE-51]. The Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of July, 2011.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record