UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-CR-60101-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

vs.

**SCOTT KEMERY**,

       Defendant.
_____/

# GOVERNMENT'S FOURTH SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

    The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16. Enclosed please find a CD containing the toll records for the defendant's cellular telephone.

    The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *s/ Jennifer C. Millien*

Jennifer C. Millien (FL Bar No. 171700)
Email: jennifer.millien@usdoj.gov
Assistant United States Attorney
7795 SW 6th Street, 2nd Floor
Plantation, FL 33324
TEL: (954) 888-1674
FAX: (954) 577-9425
Attorney for Plaintiff, USA

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      s/ *Jennifer C. Millien*
      Jennifer C. Millien (FL Bar No. 0171700)
      Assistant United States Attorney

## SERVICE LIST

**UNITED STATES OF AMERICA vs. SCOTT KEMERY,**
Case No. 11-CR-60101-DIMITROULEAS/SNOW
United States District Court, Southern District of Florida


**Jennifer C. Millien**
Assistant U.S. Attorney
jennifer.millien@usdoj.gov
7795 SW 6th Street, 2nd Floor
Plantation, FL 33324
TEL: (954) 888-1674
FAX: (954) 577-9425
Attorney for the Government
Method of Service: CM/ECF


**Jason Kreiss, Esq.**
Attorney at Law
1824 S.E. 4th Avenue
Fort Lauderdale, Florida 33316
Attorney for the Defendant
Method of Service: CM/ECF & Federal Express for the attachments


and

**Eric Schwartzreich, Esq.**
Attorney at Law
208 S.E. 6th Street
Fort Lauderdale, FL 33301
Attorney for the defendant
Method of Service: CM/ECF