UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-CR-60101-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

vs.

**SCOTT KEMERY**,

       Defendant.
_____/

# GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR SPECIFIC *BRADY* REQUEST

       The United States hereby files this response to the defendant's Motion for Specific *Brady* Request (DE 51). First, and foremost, the Government would note that the information sought by the defendant is not *Brady* material and furthermore is not admissible evidence. As such, while the Government will provide the information requested, the Government respectfully requests that the defendant be prohibited from introducing this information at trial without this Honorable Court's prior ruling as to its admissibility.

       Specifically, the defendant is requesting the names and statements of individuals who were interviewed by the Government who engaged in sexual relations with the defendant. The Government is aware of only two individuals, in addition to the already noticed 404(b) witnesses, who were interviewed by law enforcement who knew the defendant. The first individual, Mr. Aaron Harless, relayed to law enforcement that he knew the defendant, however, that he was simply friends with the defendant. The second individual, Mr. Francisco Rafael Mendez, told law enforcement that he knew the defendant, had met the defendant online, had previously engaged in sexual intercourse with the defendant some time ago, and that his only contact with the defendant was for the purpose of engaging in sexual intercourse. Mr. Mendez also indicated that he is not a user of Methamphetamine. The Government is unaware of any DEA-6 reports, law enforcement reports, or recordings of these interviews.

       In his Motion, the defendant also requests any lists compiled by the Government of men from a "myriad of 'pay to play' websites" who were contacted by and refused to speak with law enforcement or made other favorable statements to law enforcement. The Government is unaware of any list to which the defendant is referring. In addition, the Government is unaware of any individuals who refused to speak with law enforcement or made statements favorable to the defense. During the course of the investigation, the Government became aware of the two witnesses it intends on calling at trial as 404(b) witnesses and notified the defense of that information.

       As noted above, the information sought by the defendant is not *Brady* material and

furthermore is not admissible evidence. As such, while the Government provided the information requested as noted above, the Government respectfully requests that the defendant be prohibited from introducing this information at trial without this Honorable Court's prior ruling as to its admissibility.

                                                  Respectfully submitted,

                                                  WIFREDO A. FERRER
                                                  UNITED STATES ATTORNEY

By:

                                                s/ *Jennifer C. Millien*
                                                Jennifer C. Millien (FL Bar No. 171700)
                                                Email: jennifer.millien@usdoj.gov
                                                Assistant United States Attorney
                                                7795 SW 6th Street, 2nd Floor
                                                Plantation, FL 33324
                                                TEL: (954) 888-1674
                                                FAX: (954) 577-9425
                                                Attorney for Plaintiff, USA

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 14, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

               s/ *Jennifer C. Millien*
               Jennifer C. Millien (FL Bar No. 0171700)
               Assistant United States Attorney

## SERVICE LIST

**UNITED STATES OF AMERICA vs. SCOTT KEMERY,**
Case No. 11-CR-60101-DIMITROULEAS/SNOW
United States District Court, Southern District of Florida


**Jennifer C. Millien**
Assistant U.S. Attorney
jennifer.millien@usdoj.gov
7795 SW 6th Street, 2nd Floor
Plantation, FL 33324
TEL: (954) 888-1674
FAX: (954) 577-9425
Attorney for the Government
Method of Service: CM/ECF


**Jason Kreiss, Esq.**
Attorney at Law
1824 S.E. 4th Avenue
Fort Lauderdale, Florida 33316
Attorney for the Defendant
Method of Service: CM/ECF

and

**Eric Schwartzreich, Esq.**
Attorney at Law
208 S.E. 6th Street
Fort Lauderdale, FL 33301
Attorney for the defendant
Method of Service: CM/ECF