UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                      CASE NO. 11-60101-CR-DIMITROULEAS

   Plaintiff,

vs.

SCOTT KEMERY,

   Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant's July 6, 2011 Motion For Specific Brady Request [DE-51]. The Court deferred ruling and has received a response from the Government [DE-54]. The Motion for Specific Brady Request [DE-51] is Denied, as Moot.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of July, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record