UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60101-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT KEMERY,

    Defendant.
_____/

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the Indictment as to Defendant, SCOTT KEMERY, without prejudice.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing dismissal.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Dated this 15th day of July, 2011.

## SERVICE LIST

**UNITED STATES OF AMERICA vs. SCOTT KEMERY,**
Case No. 11-CR-60101-DIMITROULEAS/SNOW
United States District Court, Southern District of Florida

**Jennifer C. Millien**
Assistant U.S. Attorney
jennifer.millien@usdoj.gov
7795 SW 6th Street, 2nd Floor
Plantation, FL 33324
TEL: (954) 888-1674
FAX: (954) 577-9425
Attorney for the Government
Method of Service: CM/ECF

**Jason Kreiss, Esq.**
Attorney at Law
1824 S.E. 4th Avenue
Fort Lauderdale, Florida 33316
Attorney for the Defendant
Method of Service: CM/ECF

**Eric Schwartzreich, Esq.**
Attorney at Law
208 S.E. 6th Street
Fort Lauderdale, FL 33301
Attorney for the defendant
Method of Service: CM/ECF

**U.S. Marshals Service**
300 S. Sixth Street
Fort Pierce, Florida 34950
TEL: 772-467-1723
FAX: 772-467-1725
Method of Service: Facsimile