UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:11-60101-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT KEMERY,

        Defendant.
_____/

## MOTION TO DISCHARGE BOND

COMES NOW, the defendant SCOTT KEMERY, by and through his undersigned attorney, and respectfully moves this Honorable Court to discharge the one hundred thousand dollar ($100,000.00) 10% bond, as well as any accrued interest, which was signed on April 20, 2011, and as grounds for this request, the Defendant would state the following:

1. On April 20, 2011, counsel for the Defendant, and AUSA Jennifer Millien, stipulated to a one hundred thousand dollar ($100,000.00) 10% bond, which was ratified by the Court.

2. The one hundred thousand dollar ($100,000.00) 10% bond was signed by Philip A. Gibson.

3. On July 15, 2011, this case was dismissed.

4. Undersigned counsel has previously corresponded with AUSA Jennifer Millien, who indicated that she does not oppose this

Honorable Court entering an order discharging the bond in this cause.

WHEREFORE, the Defendant, SCOTT KEMERY, respectfully requests that this Honorable Court grant this motion, and enter an order discharging the bond as well as any accrued interest in this cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2011, a copy of the foregoing motion was sent via email through the CM/ECF system to AUSA Jennifer Millien, Office of the United States Attorney and the clerk of the court.

/s/Jason W. Kreiss, Esquire
JASON W. KREISS, ESQUIRE
Attorney for Defendant
Florida Bar No.: 0087912

The Kreiss Law Firm
1824 Southeast 4th Avenue
Fort Lauderdale, Florida 33316
Telephone: (954) 525-1971
Facsimile:  (954) 525-1978
Email: jwk@kreisslaw.com