UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO.  11-60101-CR-DIMITROULEAS

    Plaintiff,

vs.

SCOTT KEMERY,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant's August 29, 2011 Motion For Bond Discharge Request [DE-58].  The motion [DE-58] is Granted, including any accrued interest.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of August, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Clerk's Office